No. 186. GILL v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *George F. Callaghan* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Olney, Robert S. Erdahl* and *Robert G. Maysack* for the United States.

No. 187. VAN HOOK v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Hubert Van Hook, pro se. Acting Solicitor General Stern, Assistant Attorney General Holland, Ellis N. Slack, Hilbert P. Zarky* and *Morton K. Rothschild* for the United States.

No. 192. WILLIAM H. BANKS WAREHOUSES, INC. ET AL. v. WATT ET AL. C. A. 9th Cir. Certiorari denied. *L. Duncan Lloyd* and *William R. Wallace, Jr.* for petitioners. *Clifford E. Fix* for respondents.

No. 193. McCLELLAN, TRUSTEE IN BANKRUPTCY, ET AL. v. MONTANA-DAKOTA UTILITIES CO. C. A. 8th Cir. Certiorari denied. *George W. Tackabury* for petitioners. *John C. Benson* and *Rodger L. Nordbye* for respondent.

No. 194. HYDROCARBON PRODUCTION CO., INC. v. VALLEY ACRES WATER DISTRICT ET AL. C. A. 5th Cir. Certiorari denied. *Victor W. Bouldin* for petitioner. *John D. McCall* and *Harry L. Hall* for respondents.

No. 197. LIEBERMAN v. NEW JERSEY. Supreme Court of New Jersey. Certiorari denied. *George R. Sommer* for petitioner. *Hyman Isaac* for respondent.